UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JUVENAL CHAVEZ MERCHAN, A# 241-371-289,<br><br>                                            Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER, et al.,<br><br>                                            Respondents. | Case No.:  26-cv-3075-LL-GC<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 2]** |

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner has also filed a motion to proceed in forma pauperis in which he attests he has insufficient means to pay the $5.00 filing fee. ECF No. 2. Accordingly, the Court **GRANTS** Petitioner's motion to proceed in forma pauperis. The Clerk shall file the Petition for a Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

Dated:  [Date]

_____
Honorable Linda Lopez
United States District Judge

1

26-cv-3075-LL-GC