UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JUVENAL CHAVEZ MERCHAN,<br><br>              Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER, et al.,<br><br>              Respondents. | Case No.:  26cv3075-LL-GC<br><br>**ORDER CONDITIONALLY APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE** |

Petitioner Marlon Juvenal Chavez Merchan, proceeding pro se, is a detainee in the custody of the U.S. Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). On May 14, 2026, he filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1 ["Pet."]), Motion to Appoint Counsel (ECF No. 2), and Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3 ["TRO"]). Petitioner is a native and citizen of Ecuador who is currently detained at Otay Mesa Detention Facility. Pet. at 1. Petitioner alleges that ICE violated his due process rights by detaining him without a bond determination hearing. Pet. at 3. He seeks a writ of habeas corpus directing his immediate release or a bond determination hearing. Pet. at 6.

26cv3075-LL-GC

The Court finds that representation will serve the interests of justice in this § 2241 petition, given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the Court **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc. as counsel effectively immediately. If Federal Defenders of San Diego, Inc. determines that Petitioner is not financially eligible to be appointed counsel or that it does not have the resources to represent Petitioner, Federal Defenders of San Diego, Inc. shall notify Petitioner and file notice with the Court on or before **May 22, 2026**. If that occurs, Petitioner shall continue unrepresented.

Additionally, the Court finds it necessary to order a limited stay pursuant to the All Writs Act, 28 U.S.C. § 1651, to preserve the status quo until the Court can provide a reasoned decision, in order to avoid any potential jurisdictional problems if Petitioner is removed from this district.[1] *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 & n.1 (D. Or. July 16, 2025) ("Courts around the country exercise their authority under the All Writs Act to maintain their jurisdiction over pending immigration matters by preserving the status quo." (collecting cases)).

Accordingly, the Court **ORDERS** the following:

1.    On or before **May 29, 2026**, Petitioner may file an amended petition. An amended petition will supersede and replace the original petition, so the amended petition must be complete in and of itself without reference to the original petition.

2.    Respondent is **ORDERED TO SHOW CAUSE** why the Petition should not be granted by filing a written Return on or before **June 5, 2026**. The Return shall include any documents relevant to the determination of the issues raised in the Petition and shall

---

[1] Under the All Writs Act, "all courts established by an Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a).

2

26cv3075-LL-GC

address whether an evidentiary hearing on the Petition is needed. Respondent shall serve a copy of its Return upon Petitioner concurrently with the filing.

3. Petitioner may reply to the Return by filing a Traverse on or before **June 10, 2026**.

4. After briefing is complete, the Court will take the matter under submission and without oral argument pursuant to Local Civil Rule 7.1(d)(1), unless the parties are notified otherwise.

5. Respondent, his agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED** from removing Petitioner from the United States or this district pending further order of the Court, to maintain the status quo to allow the Court to provide a reasoned decision.

6. The Clerk of Court shall transmit a copy of this Order and the Petition [ECF No. 1] to the U.S. Attorney's Office for the Southern District of California.

**IT IS SO ORDERED.**

Dated:  May 18, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv3075-LL-GC