

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Marlon Juvenal Chavez Merchan

**Plaintiff,**

V.

See Attachment

**Defendant.**

**Civil Action No.** ___26-cv-3075-LL-GC___

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES the Petition WITHOUT PREJUDICE. This case is hereby closed.

**Date:** _____6/12/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler _____

B. Chandler, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   26-cv-3075-LL-GC

Respondents:

Warden Otay Mesa Detention Center; U.S. Immigration and Customs Enforcement; Department of Homeland Security; Attorney General of the United States